**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

SALMA NASOORDEEN; HASNA AINI,

Plaintiffs,

v.

COUNTY OF ORANGE, a political subdivision; DON BARNES, in his official capacity; DOES 1 THROUGH 20,

Defendants.

Case No. 8:25-cv-01419-JVS-JDE

*Assigned to Hon. James v. Selna*

*Discovery: Referred to Hon. Magistrate Judge John D. Early*

**ORDER ON STIPULATED PROTECTIVE ORDER**

**[PROPOSED] <u>ORDER</u>**

Good cause appearing, the Court hereby approves the Parties' Stipulated Protective Order.

**IT IS SO ORDERED.**

DATED: July 17, 2026

JOHN D. EARLY
United States Magistrate Judge